Converted by FileMerlin


NO. 07-00-0038-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

MARCH 2, 2000

______________________________


RODNEY W. GUY, APPELLANT

V.

FRITO-LAY, INC., APPELLEE


_________________________________

FROM THE 47TH DISTRICT COURT OF POTTER COUNTY;

NO. 85,490-A; HONORABLE DAVID L. GLEASON, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.
In this proceeding, appellant Rodney W. Guy gave timely notice of appeal from a judgment in favor of appellee Frito-Lay, Inc.  However, on February 7, 2000, within the period in which the trial court continues to have plenary power over its judgment, it entered an order granting a new trial.
Because of that action, appellant has filed a motion seeking dismissal of the appeal inasmuch as it is now moot.  No opinion in the case had been issued by this court.
Therefore, it appearing to this court that the motion is well taken and should be granted, it must be, and is, hereby granted.  Accordingly, appellant’s appeal is hereby dismissed because of its mootness.
Having dismissed this appeal at appellant’s request, no motion for rehearing will be entertained and our mandate will issue forthwith. 

John T. Boyd
 Chief Justice

Do not publish.

** Conversion terminated at this point (TRIAL version of software). For full functionality, click on "Purchase Now" in the installed product. Thank you.